

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-286-CV

GOLD STAR AVIATION, INC.                                     APPELLANT

V.

KAUSHIK BHATTACHARJEE AND                                    APPELLEES
SWARNA JYOTI GHOSAL

----------

FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On January 22, 2010, we notified appellant that its brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss this appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with this court within ten days a motion reasonably explaining the failure to file a brief and the need for an extension. Tex. R. App. P. 10.5(b), 38.8(a)(1). We have not received any response.

---

[1] *See* Tex. R. App. P. 47.4.

Because appellant's brief has not been filed, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  February 25, 2010